

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
06/22/2018

| | |
|---|---|
| IN RE:<br>Lori Shew Best | CASE NO. 16–36576<br>CHAPTER 13 |
| Debtor(s) | |

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISTRY

The following motion is GRANTED:

*66* – Motion to Deposit Funds into the Court Registry Filed by Trustee David G Peake (Attachments: # 1 Proposed Order) (Peake, David)

These unclaimed funds may be deposited into the Registry of the Court:

        Amount: $ 5,848.28
        Owed to: INTEGRITY TEXAS FUNDING INC.

Signed and Entered on Docket: 6/22/18.

                                          by: <u>Kristy Love</u>
                                                   Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.